IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RITA JARAMILLO,

      Plaintiff,

vs.                                                                                                              No. CIV 08-1149 JB/RLP

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, a foreign company doing
business in New Mexico,

      Defendant.

## ORDER REMANDING MATTER TO DISTRICT COURT

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Remand Matter to District Court, the Court having reviewed such Motion and having been otherwise fully advised, HEREBY FINDS that said Motion is GRANTED.

THEREFORE IT IS ORDERED that the above referenced matter is hereby remanded to the Second Judicial District Court, being Cause No. CV-2008-11731 for adjudication as the parties have agreed that the Plaintiff is not seeking more than $75,000.00 in this matter and therefore jurisdiction is not appropriate in this Court. All Parties are to bear their own costs and fees associated with the removal and remand.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

**HATCH, ALLEN & SHEPHERD, P.A.**

\s\ Anita M. Sanchez
Anita M. Sanchez,
*Attorney for Defendant Liberty Mutual Fire Insurance*
P.O. Box 94750
Albuquerque, NM 87199-4750
(505) 341-0110

APPROVED BY:

**WHITENER LAW FIRM**

Telephonically approved 3/31/09
Thomas M. Allison, Esq.
Whitener Law Firm
*Attorneys for Plaintiffs*
300 Central SW, Suite 2000W
Albuquerque, NM  87102
(505) 242-3333